FILED: May 11, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1478 (L)
(3:18-cv-00463-RJC-DCK)

_____

CHARLOTTE-MECKLENBURG COUNTY BOARD OF EDUCATION

    Plaintiff - Appellant

v.

ALEAH BRADY, Individually, and by and through parent or guardian, Jason Brady; JASON BRADY, Individually

    Defendants - Appellees

------------------------------

NORTH CAROLINA SCHOOL BOARDS ASSOCIATION

    Amicus Supporting Appellant

COUNCIL OF PARENT ATTORNEYS AND ADVOCATES

    Amicus Supporting Appellee

_____

No. 22-1532
(3:18-cv-00463-RJC-DCK)

_____

CHARLOTTE-MECKLENBURG COUNTY BOARD OF EDUCATION

 Plaintiff - Appellee

v.

ALEAH BRADY, Individually, and by and through parent or guardian, Jason Brady; JASON BRADY, Individually

 Defendants - Appellants

------------------------------

COUNCIL OF PARENT ATTORNEYS AND ADVOCATES

 Amicus Supporting Appellant

NORTH CAROLINA SCHOOL BOARDS ASSOCIATION

 Amicus Supporting Appellee

_____

# M A N D A T E
_____

The judgment of this court, entered April 19, 2023, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*