# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:18-CV-463-RJC-DCK

| | |
|---|---|
| **CHARLOTTE-MECKLENBURG COUNTY BOARD OF EDUCATION,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) **ORDER** ) |
| **ALEAH BRADY, individually, and by and through parent or guardian, Jason Brady, and JASON BRADY, individually,** | ) ) ) ) ) |
| **Defendants.** | ) ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Amy L. Cox Gruendel, filed a "Certification Of Mediation Session" (Document No. 50) notifying the Court that the parties reached a settlement on August 17, 2023. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before September 29, 2023.

**SO ORDERED**.

Signed: September 1, 2023

David C. Keesler
United States Magistrate Judge